FILED
February 26, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:07-cr-59 LKK
         Plaintiff,       )
                          )
v.                        )   ORDER FOR RELEASE
                          )   OF PERSON IN CUSTODY
Tommy Ly,                 )
                          )
         Defendant.       )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _Tommy Ly_ Case _2:07-cr-59 LKK_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__ Release on Personal Recognizance

　　__ Bail Posted in the Sum of _____

　　_X_ Unsecured bond in the amount of $100,000 cosigned by defendant, Johnson Ly, and Michael Ly.

　　__ Appearance Bond with 10% Deposit

　　__ Appearance Bond secured by Real Property

　　__ Corporate Surety Bail Bond

　　_X_ (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _2/26/07_ at _2:21 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge